IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr99-MHT |
| | ) | (WO) |
| LAVONTE CARDELL CONN | ) | |

ORDER

This cause is before the court on defendant Lavonte Cardell Conn's motion to continue trial, made orally in an on-the-record hearing on July 19, 2023. For the reasons set forth below, the court finds that jury selection and trial, now set for July 24, 2023, should be continued pursuant to 18 U.S.C. § 3161.

While the granting of a continuance is left to the sound discretion of the trial judge, see *United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or

>from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

§ 3161(c)(1). The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A). In granting such a continuance, the court may consider, among other factors, whether the failure to grant the continuance "would be likely to ... result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," § 3161(h)(7)(B)(iv).

The government orally confirmed that it does not oppose Conn's request for a continuance, and the court concludes that, in this case, the ends of justice

2

served by granting a continuance outweigh the interest of the public and Conn in a speedy trial. Conn is currently waiting for an evaluation of his competency, and the services of a psychologist, Dr. McClendon Garrett, have already been secured. *See* Def.'s Response (Doc. 35). The evaluation is scheduled to take place in early August. *See id*.

At the hearing on July 19, 2023, the parties agreed that a September trial date would give Conn enough time to receive the results of his competency evaluation and respond to them as necessary.

\*\*\*

Accordingly, it is ORDERED as follows:

(1) The unopposed oral motion to continue trial (Doc. 40) is granted.

(2) The jury selection and trial, now set for July 24, 2023, are reset for September 11, 2023, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr.

United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The United States Magistrate Judge shall postpone the deadline for change of plea and any other appropriate deadlines accordingly.

DONE, this the 19th day of July, 2023.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**