IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:23cr99-MHT |
| | ) | (WO) |
| LAVONTE CARDELL CONN | ) | |

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Lavonte Cardell Conn to receive a comprehensive mental-health evaluation by a competent provider who is qualified to diagnose mental disorders. The evaluation shall address whether defendant Conn had any adverse childhood experiences that are affecting his current behavior and mental health, whether he is currently experiencing any mental-health or substance-related disorders, and whether he would benefit from a psychiatric

consultation to determine his psychotropic medication needs, if any. The evaluation shall also determine whether defendant Conn would benefit from mental-health or substance-abuse treatment and, if so, shall recommend what forms that treatment should take during his term of supervised release. The United States Probation Office shall ensure that, prior to the evaluation, the evaluator receives a copy of the competency evaluation conducted by Dr. McLendon W. Garrett. *See* Competency Evaluation (Doc. 86-1). The United States Probation Office shall file the report summarizing the evaluation's findings with the court.

(2) Within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Conn is faring on supervised release.

DONE, this the 25th day of April, 2024.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**